UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CRYSTAL SMITH, ET AL.                    CIVIL ACTION

VERSUS                                   NO: 17-17895

DASUYA ENTERPRISES, LLC,                 SECTION: "J"(1)
ET AL.

J U D G M E N T

Considering the Court's Orders dated June 16, 2020, and August 26, 2020, filed herein,

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of plaintiffs, Crystal Smith and Tiffany Earin, and against defendants, Dasuya Enterprises LLC, Minakshi Pandit, Hanu Kaushal, Sandal Kaushal, Rohin Sharma, Harpreet Sharma, Jasbir Kaur, and Narinder Singh, jointly and in solido, awarding to plaintiffs as follows:

- $22,481.00 in damages to plaintiff, Crystal Smith;

- $20,040.00 in damages to plaintiff, Tiffany Earin;

- $33,802.30 in attorney's fees and costs to all plaintiffs;

plus legal interest from the date of this judgment until paid.

New Orleans, Louisiana, this 26th day of August, 2020.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE